**STATE OF SOUTH DAKOTA in its own behalf, and as parens patriae, Appellees,**

v.

**Gregg BOURLAND, etc., et al., Appellants.**

**Nos. 90–5486, 90–5515.**

United States Court of Appeals, Eighth Circuit.

July 21, 1993.

On remand from the United States Supreme Court, this court's opinion and judgment are vacated. The mandate issued April 30, 1992, is hereby recalled.

■

**Frederick LASHLEY, Plaintiff–Appellant,**

v.

**Paul K. DELO, Defendant–Appellee.**

**No. 93–2892.**

United States Court of Appeals, Eighth Circuit.

Submitted July 27, 1993.

Decided July 27, 1993.

Cedric D. Brown, Kansas City, MO, for plaintiff-appellant.

Ronald L. Jurgeson, Asst. Atty. Gen., Kansas City, MO, for defendant-appellee.

Before RICHARD S. ARNOLD, Chief Judge, FAGG and BEAM, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the basis of the well-reasoned opinion of the district court. *See* 8th Cir.R. 47B.

The motion for stay of execution is denied. *See Delo v. Blair,* —— U.S. ——, 113 S.Ct. 2922, —— L.Ed.2d —— (1993).

IT IS SO ORDERED.